

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00781-CV

Ernest **BUSTOS**,
Appellant

v.

**BEXAR APPRAISAL DISTRICT**, The Appraisal Review Board of Bexar Appraisal District, Bexar County, North East Independent School District, and City of San Antonio,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-16392
Honorable Aaron S. Haas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's orders granting the pleas to the jurisdiction filed by Bexar County, the Appraisal Review Board of Bexar Appraisal District, North East Independent School District, and the City of San Antonio are AFFIRMED. Costs of appeal are taxed against Appellant Ernest Bustos.

SIGNED May 26, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice